DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Hill<br><br>Case below:<br>182 N.C. App. 348 | No. 198P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-753) | Denied<br>06/27/07 |
|---|---|---|---|
| State v. Hurley<br><br>Case below:<br>180 N.C. App. 680 | No. 038P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-329) | Denied<br>06/27/07 |
| State v. Johnson<br><br>Case below:<br>182 N.C. App. 63 | No. 139P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-523) | Denied<br>06/27/07 |
| State v. Jones<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 265P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1257) | Denied<br>06/27/07 |
| State v. Key<br><br>Case below:<br>180 N.C. App. 286 | No. 643P06 | Def-Appellant's PDR (COA06-124) | Denied<br>06/27/07 |
| State v. Key<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 209P07 | 1. Defendant's Motion for Temporary Stay (COA06-499)<br><br><br>2. Defendant's (Mark Key) Petition for Writ of Supersedeas<br><br>3. Respondent's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>04/30/07<br>Stay<br>Dissolved<br>06/27/07<br><br>2. Denied<br>06/27/07<br><br>3. Denied<br>06/27/07 |
| State v. King<br><br>Case below:<br>Guilford County<br>Superior Court | No. 204A99-2 | Def's PWC to Review Order of Guilford County Superior Court | Denied<br>06/27/07 |
| State v. Lewis<br><br>Case below:<br>176 N.C. App. 191 | No. 558PA04 | AG's Motion for Temporary Stay<br>(COA03-785-2) | Allowed<br>03/10/06 |